Hilton

5-17-16

To whom it may concern,        1:16CV601 CMH/MSN

FILED
JUN -1 2016
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

I am writing this letter to try to get my case heard against Newport News Seventh Judicial District for the violating of my eighth, ninth, eleventh, and thirteenth amendment rights. I have been kidnapped, abducted and held under duress. I have been enslaved, a victim of involuntary servitude, suffered cruel and unusual punishment without being duly convicted. The Enumeration in the Constitution, of certain rights have been construed to deny and disparage others retained by the people. I demand strict observance an adherance to and of the aformentioned Constitution, treaty, law; That failure to comply with shall cause abrogation of the Constitution for the United States Republic of North America; This may result in but not limited to: Treason, abrersion of life liberty and persuits there wit, Truth by means of prosecution of Title 18 USC; Fraud] [Title 22 USC sec.141-143; Article 26, Securities fraud etc. of the vinnia Convention] Pub.L 94-550 § 1(4), Oct.18, 1976. 90 Stat. 253 4) Title 28 Judiciary and judicial Procedure. Enclosed with this letter is an petition for an administrative hearing against the ficticous Plaintiff. Please send me a response in reference to my request. Thanks for your time.

Sincerely,

John Slater

IN THE COURT OF . . . .

Petitioner Ticket # or Document #

HEARING OFFICER:
Vs
FICTTIOUS PLAINTIFF

NO JUDICIAL POWERS
ELEVENTH AMENDMENT NOTICE,
ELEVENTH AMENDMENT VIOLATION,
And DEMAND FOR ADMINISTRATIVE
HEARING AGAINST PLAINTIFF

NOTICE and AFFIDAVIT

All "judicial power" of the "inferior courts" comes from the Judiciary Act of 1789, as did the Attorney General position. "Judicial power" comes from Article III, Section 2 of the Constitution. The Eleventh Amendment removed all "judicial power" in law, equity, treaties, contract law, and the right of the State to bring suit against the People.

"There are no Judicial courts in America and there has not been since 1789. Judges do not enforce Statutes and Codes. Executive Administrators enforce Statutes and Codes. There have not been any Judges in America since 1789. There have just been Administrators." (FRC v. GE 281 US 464, Keller v. PE 261 US 428 1Stat. 138-178)

The positions of Attorney General and Prosecutor, of both the United States and the several states, come under the Judicial branch not the Executive branch of the government. All attorneys come under the Judicial branch and are judicial officers under the Supreme Court, not under the Secretary of State as licensed professionals, which means they can only represent the Court and not the People or the State. The Eleventh Amendment removed all "judicial power" from the "inferior courts" and the prosecutor's office as well as from all court officers in law, equity, and so forth. The Eleventh Amendment also makes a foreign state separation from the position of the Public Office positions to throw off the People. The People have Eleventh Amendment immunity, because there is NO "JUDICIAL POWER" of the "inferior courts" AND the People have FOREIGNSOVEREIGN IMMUNITY. Article III, Sec. 2, U.S. Constitution "The judicial Power shall extend to all Cases, in Law and Equity, arising under this Constitution, the Laws of the United States, and Treaties made, or which shall be made, under their Authority;–to all Cases affecting Ambassadors, other public ministers and Consuls;–to all Cases of admiralty and maritime Jurisdiction;–to Controversies to which the United States shall be a Party;–to Controversies between two or more States;–between a State and Citizens of another State;–between Citizens of different States;–between Citizens of the same State claiming Lands under Grants of different States, and between a State, or the Citizens thereof, and foreign States, Citizens or Subjects,"Eleventh Amendment "The Judicial power of the United States

shall not be construed to extend to any suit in law or equity, commenced or prosecuted against one of the United States by Citizens of another State, or by Citizens or Subjects of any Foreign State."
NOW, COMES, _John H Walker_, the Petitioner, with this NO JUDICIAL POWER, ELEVENTH AMENDMENT NOTICE, ELEVENTH AMENDMENTVIOLATION and a DEMAND FOR an ADMINISTRATIVE HEARING AGAINST PLAINTIFF


The Hearing Officer in charge is aware that the Eleventh Amendment removed all" Judicial Power" from this hearing, turning it into an Administrative hearing with no "judicial power" to rule in OR on law, equity, treaties, contract law OR issues between the State OR the UNITED STATES and its People. The Hearing Officer is aware, as is the Petitioner, that the authority delegated by Article III, Section 2 of the Constitution for the United States of America was amended and revoked by the Eleventh Amendment on February 5th, 1795.The Hearing Officer is also aware that the Offices of Attorney General and Prosecutor were created under the same Judiciary Act as were the "inferior courts." When the Eleventh Amendment removed "Judicial Power" from the Courts, it also removed "judicial power" from the prosecution. Any prosecution done in law, equity, contract law, treaties or claims by the State against the People now constitutes Putative Fraud and Dishonest Service due to the salary contract that the public official has with the People to perform his/her duties as a Hearing Officer and Prosecution Officer. These contracts of these Public Officers are private contracts under the Constitution, Article I, II, and III and under the Compensation clause for services to the People. It is a fact that a pleading cannot be placed before a court without "judicial power" and 12(b) (1) or 12 (b) (2) of the FRCP and the Civil Rules of Procedure,

clearly defines why there is no "judicial power" before which to make such a pleading. The Petitioner now Demands dismissal due to lack of judicial power and jurisdiction, and Demands a grant of sweat equity to the Petitioner for labor and time required to address this hearing at a rate of $1500.00 dollars for appearance, $250.00 dollars per hour for labor and any part of such hour for the time required to deal with this issue, with Payment in Full at time of dismissal of this hearing. This is Option A.

Or. Option B requires the Hearing Officer to convene this court as "administrative" under Congressional mandate S.7, 60 Stat 237 of the Administrative Procedure Act of 1946, so that the Petitioner can set forth such claim of injury under Civil Rights violation, R.I.C.O., threat of a firearm to compel Petitioner, threat of extortion, kidnapping, misuse of emergency lights, assault with intent to injure, violation of domestic terrorism, and contract-default violation increasing the public debt. The Petitioner now places a 14th Amendment, Section 4 bounty against the plaintiff and against the public debt and demands $150 million dollars for any such contractual violation against the public debt, plus any amount of public debt accrued by that private party(s) in such a contractual agreement between that party and the Petitioner at such time and place that is agreed upon to conduct such contractual agreement. Such public debt then shall be paid to the Petitioner in FULL at the time and place specified, upon the conclusion of such agreement by the party(s) entering into such contractual agreement. The plaintiff has now created more public debt which now needs to be paid back to the public. The citizen's share of the debt owed is $40,871.33, which is to be paid to the petitioner as their part of this public debt.

The Petitioner will remind the Hearing Officer of a "sanction" for such violation under Administrative Procedure, Title 5, USC, Section 551, which includes repaying the public debt under 14th Amendment bounty by removal from office of the Plaintiff and other parties involved, loss of benefits, loss of performance bonds and any other bond to that position to pay the public debt, as well as paying back all wages collected when carrying out judicial fraud, and "LOSS" of the plaintiff and other parties' property such as homes, vehicles, bank accounts, stock share in all court cases due to illegal gain of such items by way of fraud perpetrated on the defendant. All of this creates the public debt by the Plaintiff and the courts and parties by this action against the Petitioner. __John H Walker__ NOTARY __Richard Alan Lassiter__ STATE OF __Virginia__ COUNTY OF __Portsmouth__ PROOF OF SERVICE NOW, COMES, __John Walker__, Petitioner with this ELEVENTH AMENDMENT NOTICE, ELEVENTH AMENDMENT VIOLATION, And DEMAND FOR ADMINISTRATIVE HEARING AGAINST PLAINTIFF before the Clerk of Court of __Norfolk__ on this day __17th__ and month of __May__ in the Year of Our Lord, 2016, AD. All copies delivered directly or by U.S. Postal Service. _____



